UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DANIELLE LENZI,

               Plaintiff,

    v.

SYSTEMAX, INC., RICHARD LEEDS, Chairman and
CEO (and in his individual capacity) and
LAWRENCE P. REINHOLD, Executive Vice-President
and Chief Financial Officer (and in his individual
capacity),

Docket No. 14-CV-07509
(SJF)(ARL)

**PROPOSED JOINT ORDER**

               Defendants,
-----------------------------------------------------------------x

After conferring with the Court at the October 29, 2015 conference and during an October 30, 2015 telephone call, Plaintiff and Defendants, by their counsel, jointly submit this proposed order requesting the following:

1. That case number 14-cv-07509 be reopened;

2. That the Second Amendment Complaint filed by Plaintiff on September 22, 2015 (Document # 25) in case 14-cv-07509 be used as the operative complaint in this action; and

3. That based upon numbers 1 and 2 above, case # 15-cv-05596 be dismissed as duplicative of 14-cv-07509.

Dated:
    Central Islip, New York

SO ORDERED:

s/ Sandra J. Feuerstein
_____
HON. SANDRA J. FEUERSTEIN, U.S.D.J.
11/4/15